IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL

**COURT MINUTES - CRIMINAL**
BEFORE: DOUGLAS L. MICKO
U.S. MAGISTRATE JUDGE

United States of America,

        Plaintiff,

v.

Eric Marcel Turner,

        Defendant.

| | |
|---|---|
| Case No: | 25-mj-793 DLM |
| Date: | November 21, 2025 |
| Courthouse: | St Paul |
| Courtroom: | 6B |
| Time Commenced: | 1:40 p.m. |
| Time Concluded: | 1:46 p.m. |
| Time in Court: | 6 minutes |

**APPEARANCES:**

Plaintiff: David Steinkamp, Assistant U.S. Attorney
Defendant: Ambroise Decilap, Assistant Federal Defender
    X FPD     X To be appointed

    X Advised of Rights

on   X Supervised Released Violation
X Date charges or violation filed: 9/21/2023
X Current Offense: possess with intent to distribute fentanyl; felon in possession of a firearm; possessing a firearm in furtherance of a drug trafficking crime
X **Charges from other District:** North Dakota
X Title and Code of underlying offense from other District: 21:841
X Case no: 1:16-cr-192

X Defendant detained, government to submit a proposed order.


X Preliminary and Detention hearing waived
X Removal hearing waived
X Removal Order to be issued
X Commitment Order to another district to be issued

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                              s/jam
                                    Signature of Courtroom Deputy